**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**James Edward VIDT, Respondent.**

**No. 1125 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 25, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of April, 2006, there having been filed with this Court by James Edward Vidt his verified Statement of Resignation dated March 17, 2006, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of James Edward Vidt be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania, and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Andrew F. MALONE, Respondent.**

**No. 953 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 25, 2006.

*ORDER*

PER CURIAM.

AND NOW, this 25th day of April, 2006, upon consideration of the Report and Recommendations of the Disciplinary Board dated February 10, 2006, it is hereby

ORDERED that Andrew F. Malone be and he is suspended from the Bar of this Commonwealth for a period of five years, retroactive to September 1, 2004, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.